**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH ANN ELIZABETH AYALA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF THE SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | No.: 1:23-CV-00001-JLT-GSA <br><br> **ORDER AWARDING JOINT STIPULATION FOR THE PAYMENT OF ATTORNEY FEES AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Joint Stipulation for the Award and Payment of Attorney Fees and Expenses under the Equal Access to Justice Act (EAJA), IT IS ORDERED that Plaintiff shall be awarded attorney fees and expenses under the EAJA in the amount of TEN THOUSAND EIGHT HUNDRED DOLLARS ($10,800.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED TWO DOLLARS ($402.00), subject to the terms of the Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010). Any payment shall be delivered to Plaintiff's counsel.

IT IS SO ORDERED.

Dated: **December 8, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1